Opinion issued December 12, 2002












In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00435-CV

____________


ABRAHAM SOSA MORENO AKA ABRAHAM MORENO and DAVID G.
SCHMIDT, SURETY, Appellants


V.


THE STATE OF TEXAS, Appellee






On Appeal from the County Criminal Court at Law No. 1 

Harris County, Texas

Trial Court Cause No. 1078296-A






O P I N I O N This is an appeal from a judgment signed on March 5, 2002. A motion for new
trial was timely filed, as was a notice of appeal. The record was due on June 3, 2002. 
The clerk's record was filed on May 6, 2002. The reporter's record has not been
filed.

 On September 19, 2002, this Court ordered appellant's brief to be filed within
30 days of the date of the order. That time has expired and appellant has not filed his
brief.

 Accordingly, appellant's appeal is dismissed for want of prosecution. See Tex.
R. App. P. 42.3(b), (c).

PER CURIAM

Panel consists of Justices Taft, Alcala, and Price. (1)

Do not publish. Tex. R. App. P. 47.
1. The Honorable Frank C. Price, retired Justice, Court of Appeals, First
District of Texas at Houston, participating by assignment.